IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-01-132(1) |
| | § | C.A. No. C-06-91 |
| JEFFREY LYNN WARDEN, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jeffrey Lynn Warden's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 16th day of August, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE